UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
EDELMAN ARTS, INC.,                              :
                                                                    : No. 17-cv-4789 (KBF)
                 Plaintiff,                  :
                                          : **Notice of Motion**
      v.                                                      :
                                              :
REMKO SPOELSTRA, JASON HOLLOWAY,  :
SSR INVEST SWITZERLAND, SWISS            :
BUSINESS COUNCIL and JOHN DOE,         :
                                              :
               Defendants.                 :
                                             :
-----------------------------------------------------------X

      PLEASE TAKE NOTICE THAT, upon the annexed the Declaration of Asher B. Edelman, and upon the exhibits attached thereto, the accompanying Memorandum of Law in support of this motion, and all prior pleadings, the undersigned will move this Court, before Hon. J. Paul Oetken, United States District Court Judge, at 40 Foley Square, New York, New York 10007, at a date and time to be set by the Court for an order pursuant to Rule 4(f) of the Federal Rules of Civil Procedure granting:

    1) Substitute service of process of the Summons and Amended Complaint on defendants Swiss Business Council, Jason Holloway, and SSR Invest Switzerland;

    2) Limited Discovery of defendant Remko Spoelstra on the issue of his knowledge of physical addresses for defendants Jason Holloway and SSR Invest Switzerland; and

    3) Such other and further relief as this Court deems just and proper.

Dated: New York, New York
       October 23, 2017

                                  FRANZINO & SCHER, LLC

                          By: _____
                                Frank J. Franzino, Jr. (FF 9740)
                                *Attorneys for Edelman Arts. Inc.*
                                120 West 45th Street, Suite 2801
                                New York, New York 10036
                                (t) (212) 230-1140
                                (f) (212) 230-1177