# EXHIBIT N

6253025.1

     

**Remko Spoelstra**

because that one was laughable or get a different attorney. Let me know when you are ready to serve the client, he is ready. And this time really serve someone and dont be a pussy.

7:41 PM

Why not send me your boss's email and addresses if you are eager to have him served properly?   7:46 PM

You will get all the information to serve him only if you confirm that you will serve him

7:48 PM

Confirmed   7:48 PM

So we really get this show going

7:48 PM

     

●●○○○ AT&T  1:17 PM  52%

**Remko Spoelstra**

address so we can get this show on the road?

4:41 PM

Hello? You want to serve M or not?

5:59 PM

I am amazed, 6 months ago you filed a complaint. You never serve anyone but do sent it around the web to numerous people and keep asking for some kind of settlement. Your attorney complaints that he cant serve the defendants. I now offer you to give you in the information so you can serve M and it stays quite. Put your money where your mouth is and serve M and lets start this show

6:18 PM

As everyone already confirmed, you have a big mouth but not the balls.

4

    

**Remko Spoelstra**

We will all look forward to the "amended complaint" you dont know the munch owner and he does not know you. Anatole has filed a fraud case against you (funny that the New York Post is not reporting on that) and Lio is angry that you used his painting. That leaves just one painting. Can you please stop your so-called filling lawsuit bullshit. We are in contact with all the owners and no one had given you any permission for anything. Your blackmail game has not worked and it is getting pretty sad.            4:15 PM

I tried to help you to cut you a deal so you could make some much needed money. But you keep playing this "I

••ooo AT&T 🛜     1:17 PM     52% 🔋

  **Remko Spoelstra**  

> Do you want the addresses so you can serve my client?
> 1:20 PM

> I dont know the content of a proposal made by paul, but i will inform him tomorrow that you prefer to proceed in court.
> 2:19 PM

> Hi, just spoke to Paul, which painting(s) are you claiming payment for?
> 3:27 PM

> 1. Do you want the address so you can serve client? 2. Which painting(s) are part of your claim?
> 3:49 PM

The amended complaint will show the paintings that will remain in the lawsuit as we are in the process of mitigating certain damages. To