

Sullivan & Worcester LLP
1633 Broadway
New York, NY 10019

T 212 660 3000
F 212 660 3001
www.sandw.com

February 22, 2018

**Via ECF Filing System**

Hon. Katherine B. Forrest, U.S.D.J.
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

Re:   *Edelman Arts, Inc. v. Spoelstra et al.*, 1:17-cv-04789-KBF;
      <u>*Asher B. Edelman, as Executor of the Estate of Mildred Ash v. Spoelstra*</u>, 17-cv-04792-KBF

Dear Judge Forrest:

We represent Defendant Remko Spoelstra in the above-referenced consolidated actions.

As discussed on today's status conference call, we have need to withdraw our appearance in these cases.  Based on my understanding of the Court's procedure, we will await the Court's instructions hereafter about the information to provide to our client, and then confirm to the Court that we have done so.

In the event we have misunderstood the Court's instructions or preferences, we will follow any further guidance that the Court may give us.

Respectfully submitted,

*s/Nicholas M. O'Donnell*

Nicholas M. O'Donnell


T:  212 660 3000
nodonnell@sandw.com


cc:    Counsel of Record (via ECF filing)