UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
EDELMAN ARTS, INC.,

      Plaintiff,

    v.

REMKO SPOELSTRA, JASON HOLLOWAY,
SSR INVEST SWITZERLAND, SWISS
BUSINESS COUNCIL and JOHN DOE,

      Defendants.
-------------------------------------------------------------X

No. 17-cv-4789 (KBF)

**AFFIRMATION IN SUPPORT OF REQUEST FOR CERTIFICATE OF DEFAULT**

  Erin C. Kormann, an attorney who is a member of the Bar of this Court does hereby affirm the following under penalties of perjury:

  1. I am associated with the firm of Franzino & Scher, LLC, attorneys for plaintiff in the above-entitled action and I am familiar with all the facts and circumstances of this action.

  2. I make this affirmation in support of plaintiff's request for a certificate of default.

  3. Pursuant to an Order of United States District Judge Katherine B. Forrest, dated October 25, 2017, substituted service of the summons and complaint was permitted on defendants, Jason Holloway, SSR Invest Switzerland, and Swiss Business Council, via email, as well as on Swiss Business Council by Federal Express.

  4. On October 26, 2017, Jason Holloway, SSR Invest and Swiss Business Council were all served via email pursuant to the October 25, 2017 Order of United States District Judge Katherine B. Forrest.

  5. On October 26, 2017, Swiss Business Council was also served via Federal Express as per the October 25, 2017 Order of the United States District Judge Katherine B. Forrest.

  6. As permitted at the initial conference on this action, a Second Amended Complaint was filed with this Court on November 21, 2017.

7. Pursuant to the Order of United States District Judge Katherine B. Forrest, dated October 25, 2017, Jason Holloway, SSR Invest, and Swiss Business Council were all served via email on November 21, 2017.

8. Pursuant to the Order of United States District Judge Katherine B. Forrest dated October 25, 2017, Swiss Business Council was also served via Federal Express on November 22, 2017.

9. Defendants, Jason Holloway, SSR Invest, and Swiss Business Council have not answered or otherwise moved with respect to the complaint, and the time for defendants, Jason Holloway, SSR Invest, and Swiss Business Council, to answer or otherwise move has not been extended.

10. That defendant Jason Holloway is not an infant or incompetent. Defendant Jason Holloway is not presently in the military service of the United States as appears from facts in this litigation.

WHEREFORE, plaintiff Edelman Arts, Inc. requests that the default of defendants, Jason Holloway, SSR Invest, and Swiss Business Council, be noted and a certificate of default issued.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief, that the amount claimed is justly due to plaintiff, and that no part thereof has been paid.

Dated: New York, New York
May 2, 2018

FRANZINO & SCHER, LLC

By: *Erin C. Kormann*
Erin C. Kormann (9381)
120 West 45th Street, Suite 2801
New York, New York 10036
(212) 230-1140
ekormann@franzscherlaw.com