# FRANZINO & SCHER, LLC
ATTORNEYS-AT-LAW

Tel: (212) 230-1140
Fax: (212) 230-1177

Erin C. Kormann, Esq.
ekormann@franzscherlaw.com

120 West 45th Street
Suite 2801
New York, NY 10036

August 23, 2018

*Via ECF*

Honorable Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, New York 10007

      Re: *Edelman Arts, Inc. v. Spoelstra et. al.*
         17-cv-4789

Dear Judge Forrest:

  We represent plaintiff, Edelman Arts, Inc. ("Edelman Arts" or "plaintiff") in the above action.

  On February 23, 2018, counsel for defendant Remko Spoelstra ("Spoelstra")'s motion to withdraw as counsel was granted by this Court. At that time Spoelstra was instructed to register his address with the pro se office. Spoelstra did not register his address with the pro se office.

  On April 8, 2018, new counsel for Spoelstra filed a Notice of Appearance. Less than a month later, on April 27, 2018 Spoelstra's new counsel requested to be allowed to withdraw as counsel for Spoelstra. On May 1, 2018, this Court granted that motion. Spoelstra again did not register his address with the pro se office.

  On May 1, 2018, this Court entered a default judgment against Spoelstra and requested that we submit a proposed judgment against Spoelstra. We submitted a proposed judgment against Spoelstra on May 8, 2018.

  On May 2, 2018 we also submitted a request to enter a default against defendants Jason Holloway ("Holloway"), SSR Invest Switzerland ("SSR Invest"), and Swiss Business Council ("SBC"). Holloway, SSR Invest, and SBC have never answered the complaint in this action.

  On August 3, 2018 an Order was filed in this case by Your Honor giving Holloway, SSR Invest and SBC 14 days to show cause why a default judgment should not be entered against them in this action.

  On August 6, 2018 I served a copy of that Order on Holloway, SSR Invest and SBC pursuant to this Court's Order with respect to substituted service.

Holloway, SSR Invest and SBC have not submitted anything in writing in this case and as such, on August 17, 2018, this Court granted a default judgment against all three. Your Honor directed that we submit a proposed judgment against Holloway, SSR Invest, and SBC by today's date. Said judgment will be filed today.

Also on August 17, 2018, Your Honor entered an Order which vacated the default against Spoelstra.

Spoelstra has not registered his address on the docket. I have called the pro se intake office to see if maybe the address just hadn't made it on to the docket, but the pro se intake office confirmed that Spoelstra has not contacted them to register his address. Plaintiff has been left with no means to serve anything on Spoelstra.

Plaintiff has been left in a situation where defendant filed an answer with counterclaims, defendant's attorneys have withdrawn as counsel, and defendant has not registered his address on the docket as a *pro se* therefore leaving plaintiff with no means of contacting him or proceeding with this litigation.

Plaintiff submitted a default judgment against Spoelstra as directed by this Court on May 8, 2018. That default has now been vacated. However, defendant has never registered with the pro se intake office and plaintiff has no means to serve anything on him in this case.

Respectfully,

*Erin C. Kormann*
Erin C. Kormann