UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
EDELMAN ARTS, INC.,                              :
                                                 :   No. 17-cv-4789 (KBF)
              Plaintiff,          :
                                                 :   **JUDGMENT**
           v.                           :
                                                 :
REMKO SPOELSTRA, JASON HOLLOWAY,                 :
SSR INVEST SWITZERLAND, SWISS                    :
BUSINESS COUNCIL and JOHN DOE,                   :
                                                 :
             Defendants.         :
                                                 :
-------------------------------------------------------------X

      **WHEREAS**, a Summons and Complaint was originally filed in this action by plaintiff Edelman Arts, Inc. ("Edelman Arts") in the Supreme Court of the State of New York, New York County on the 23rd day of March 2017 and an Amended Complaint was filed in that action on the 4th day of April 2017 and that action was removed to the United States District Court, Southern District of New York by defendant Remko Spoelstra ("Spoelstra") on 28th day of June, 2017. As permitted at the initial conference herein, a Second Amended Complaint was filed on the 21st day of November, 2017. An Answer to the Complaint in this action was filed by Spoelstra on the 14th day of December 2017. No Answer to the Complaint was ever filed by Jason Holloway ("Holloway"), SSR Invest Switzerland ("SSR Invest"), or Swiss Business Council ("SBC").

      WHEREAS, the Plaintiff, Edelman Arts, Inc., filed a request to enter a default against defendants Holloway, SSR Invest, and SBC on May 2, 1018.

      WHEREAS, this Court by Order dated August 2, 2018 ordered defendants Holloway, SSR Invest and SBC to show cause within 14 days why a default judgment should not be entered against them.

–2–

WHEREAS, on August 17, 2018 this Court entered default liability judgments against Holloway, SSR Invest, and SBC.

WHEREAS, the Second Amended Complaint in this action based upon four invoices dated November 26, 2016 and one invoice dated December 2, 2016, wherein some artworks were sold in order to mitigate damages and one owner requested that only commissions be requested, sets forth damages in the amount of $14,462,500 plus interest, costs, and attorneys' fees.

WHEREAS, upon the application of the plaintiff:

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff Edelman Arts, Inc., having an address at 111 East 70th Street, New York, New York 10021 does recover of the defendants, Holloway, SSR Invest and SBC the sum of $14,462,500 dollars, with statutory interest thereon from the 18th day of December 2016, plus costs in the amount of $497.67, and have due execution thereof.

The clerk may enter judgment accordingly.

Dated: New York, New York
       August \_\_\_\_, 2018

                                                       SO ORDERED:

                                                       _____
                                                                  U.S.D.J.