# FRANZINO & SCHER, LLC
ATTORNEYS-AT-LAW

Tel: (212) 230-1140
Fax: (212) 230-1177

Erin C. Kormann, Esq.
ekormann@franzscherlaw.com

120 West 45th Street
Suite 2801
New York, NY 10036

August 27, 2018

*Via ECF*

Honorable Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, New York 10007

        Re:    *Edelman Arts, Inc. v. Remko Spoelstra et. al.*
               17-cv-4789

Dear Judge Forrest:

      Pursuant to Your Honor's Order dated August 17, 2018, we filed a proposed judgment along with evidence supporting the judgment on August 23, 2018.

      Upon review of the evidence that was included, we realized that an invoice for one of the works which was sold was inadvertently left out of the evidence. That invoice is attached hereto.

      The invoice was however included when served pursuant to the certificate of service that was filed earlier today.

                                                      Respectfully,

                                                    Erin C. Kormann