# ARTEMUS USA LLC

INVOICE
8/15/2017

Art Assure Ltd, LLC - ███████████████████
135 East 15th Street
New York, NY 10003
Resale # 27-1139258



KEITH HARING
Untitled
Acrylic on vinyl tarpaulin
118 1/2 x 121 in (301 x 307 cm)
Signed and dated 'K. Haring Nov. 8-83' (on the overlap)

| | |
|---|---:|
| Sale Price | $2,815,000 |
| NY Sales Tax | $0.00 |
| **Total Invoice Amount** | **$2,815,000** |

Title will not pass until payment has been received in full.

Wiring Instructions:
Citibank N.A.
153 E. 53rd Street – 24th Fl, NY, NY 10022
ABA 021000089
A/C Artemus USA LLC
███████████████

Check payable to:
Artemus USA LLC