UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

EDELMAN ARTS, INC.,

          Plaintiff,

  - against -

REMKO SPOELSTRA ET AL.,

          Defendants.
───────────────────────────────

17-cv-4789 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    For the reasons stated today on the record, the plaintiff is entitled to a default judgment against the defendants. The Court will refer the case to a Magistrate Judge for an inquest on damages.

SO ORDERED.

Dated:    New York, New York
           April 23, 2019

                                        John G. Koeltl
                                United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 4-24-19