UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 12/10/2019 __

EDELMAN ARTS, INC.,

                                    Plaintiff,                    17-CV-4789 (JGK)(SN)

                    -against-                                     **ORDER**

REMKO SPOELSTRA, et al.,

                                    Defendants.
--------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge.**

        The Honorable John G. Koeltl referred this matter to me to report and recommend on a

damages inquest following entry of default judgment against the defendants. See ECF Nos. 84-

85. By Order of the Court, Plaintiff filed Proposed Findings of Fact and Conclusions of Law

regarding damages sought (ECF No. 90).

        By Wednesday, December 18, 2019, Plaintiff is directed to file a letter of no more than

five pages to supplement its Proposed Findings of Fact and Conclusions of Law. Specifically,

Plaintiff should set forth in greater detail the factual and legal basis for calculating damages

based on a combination of potential commissions and the difference between the asking price

and sale price of one "Haring work" (the invoice for which is included in Plaintiff's Proposed

Findings of Fact and Conclusions of Law at "Exhibit D"). See ECF No. 90 at ¶ 22.  The letter

may cite to the materials attached as Exhibits to Plaintiff's prior submission.

**SO ORDERED**.

                                                        _____
                                                        SARAH NETBURN
                                                        United States Magistrate Judge

DATED:        December 10, 2019
              New York, New York