# FRANZINO & SCHER, LLC
ATTORNEYS-AT-LAW

Tel: (212) 230-1140
Fax: (212) 230-1177

Erin C. Kormann, Esq.
ekormann@franzscherlaw.com

120 West 45th Street
Suite 2801
New York, NY 10036

January 27, 2020

*Via ECF*

Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 14A
New York, New York 10007

APPLICATION GRANTED
SO ORDERED

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
1/28/20

Re: *Edelman Arts, Inc. v. Remko Spoelstra et. al.*
17-cv-4789

Dear Judge Koeltl:

I represent plaintiff, Edelman Arts, Inc. ("Edelman") in the above action.

All of the defendants in the above action have defaulted on the above action.

Plaintiffs' objections to the Report and Recommendation of Magistrate Judge Sarah Netburn is due by January 28, 2020.

Due to unforeseen circumstances that arose in other cases, as well as commitments on other matters, we respectfully request an extension of time until January 31, 2020 to file objections.

This is the first request for an extension of time with respect to the filing of objections.

Respectfully,

Erin C. Kormann

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 1-28-20