UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDELMAN ARTS, INC.,

              Plaintiff,        17-cv-4789 (JGK)

   - against -               ORDER

REMKO SPOELSTRA, JASON HOLLOWAY, SSR
INVEST SWITZERLAND, SWISS BUSINESS
COUNCIL and JOHN DOE,

              Defendants.

JOHN G. KOELTL, District Judge:

    For reasons stated at the conference held on October 1, 2020, the motion to intervene by Holdrum Investments NA, Dkt. No. 110, is **denied**. The Clerk is directed to close Dkt. No. 110.

SO ORDERED.

Dated:    New York, New York
           October 1, 2020

                                            John G. Koeltl
                                    United States District Judge