**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
————————————————————————

**EDELMAN ARTS, INC.,**

                **Plaintiff,**        **17-cv-4789 (JGK)**

      **- against -**            **ORDER**

**REMKO SPOELSTRA, JASON HOLLOWAY, SSR**
**INVEST SWITZERLAND, SWISS BUSINESS**
**COUNCIL and JOHN DOE,**

                **Defendants.**
————————————————————————

**JOHN G. KOELTL, District Judge:**

    The plaintiff is directed to serve the Magistrate Judge's Report and Recommendation, ECF. No 121, on the defendants at their last known email address and file proof of service by February 17, 2021.

**SO ORDERED.**

**Dated:**    **New York, New York**
             **February 12, 2021**        __/s/ John G. Koeltl__
                                    **John G. Koeltl**
                            **United States District Judge**