**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
**EDELMAN ARTS, INC.,**

                Plaintiff,                      17 **CIVIL** 4789 (JGK)

        -against-                      **JUDGMENT**

**REMKO SPOELSTRA, JASON HOLLOWAY,**
**SSR INVEST SWITZERLAND, SWISS**
**BUSINESS COUNCIL and JOHN DOE,**

                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated March 7, 2021, the Court adopts the Report and Recommendation in all respects except the calculation of the prejudgment interest. The Clerk is directed to enter judgment in favor of the plaintiffs and against the defendants in the amount of $5,700,000, of which $1,000,000 is to be retained in escrow by the Court until the plaintiff presents evidence that the plaintiff has satisfied the judgment against it in the amount of $1,000,000 entered in Edelman Arts, Inc. v. N.Y. Art World, LLC, No. 652017/2018, 2019 WL 6700444 (N.Y. Sup. Ct. Dec. 9, 2019). The judgment should also include prejudgment interest calculated by the Clerk at the annual rate of nine percent from December 15, 2016 to the date judgment is entered. Judgment is entered in the amount of $5,700,000 plus prejudgment interest at the rate of nine percent per annum from December 15, 2016 through the date of entry of judgment, in the amount of $2,170,060.27 for a total sum of $7,870,060.27; accordingly, this case is closed.

**Dated:**  New York, New York
         March 8, 2021

                                                **RUBY J. KRAJICK**
                                                  **Clerk of Court**
                                **BY:** _____
                                                    **Deputy Clerk**